WILLIAMS *v.* FIRST NATIONAL BANK OF ATLANTA, executor.

HUTCHESON, Justice. The petition as amended failed to show an equitable cause of action, and the judge did not err in sustaining the demurrer.

*Judgment affirmed. All the Justices concur, except Gilbert, J., disqualified.*

ON MOTION FOR REHEARING.

After consideration of the motion for rehearing, the decision of this court is adhered to.

No. 10453. JULY 9, 1935. ADHERED TO ON REHEARING, SEPTEMBER 16, 1935.

*George & John L. Westmoreland* and *Alexander Bush,* for plaintiff.

*Everett & Everett* and *Brandon, Hynds & Tindall,* for defendant.